FILED
SCRANTON
SEP 22 2021
PER _____
DEPUTY CLERK

# EXHIBIT 2

# ⁑ one medical

2410 California Street · San Francisco, CA 94115
ph: 415-529-4050 · fax: 415-291-0489

September 4, 2020

Sushovan Hussain, DOB: 03/29/1964

To Whom It May Concern:

This letter is to inform that I have seen Sushovan in our office today to evaluate his conditions which includes moderate asthma. He is taking two inhalers to help control both chronic and acute exacerbations of this condition. Physical exam performed today; average peak flow was 300 L/min today, and he has been feeling intermittent shortness of breath. I am recommending that he continue these medications to control any exacerbation of his asthma.

Sincerely,

*[signature]*

William Sellman, MD
NPI: 1205999034

HUSSAIN, Sushovan (Mr)  
Date of Birth: 29-Mar-1964

Town Medical Centre  
NHS Number:

**HUSSAIN, Sushovan (Mr)**     Date of Birth: **29-Mar-1964 (54y)**

Report Path: Local Record

Cade House, 2 Chipstead Lane, Riverhead, Sevenoaks, Kent, TN13 2AG

| | | | |
|---|---|---|---|
| NHS Number: | | Home Tel: | 01732 742328 |
| Usual GP: | HOFMANN, Olaf (Dr) | Work Tel: | |
| Patient Type: | Regular | Mobile Tel: | |
| Registered | 26-Jun-2001 | email | |

**Problems**  
No problems recorded.

**Medication**  
*Acute*

*Repeat*

| | | | |
|---|---|---|---|
| Salbutamol 100micrograms/dose inhaler CFC free | 2 PUFF AS REQUIRED | 2 x 200 dose | 04-Jun-2018 |
| Clenil Modulite 100micrograms/dose inhaler (Chiesi Ltd) | TWO TO BE TAKEN TWICE A DAY | 1 inhaler | 13-May-2016 |
| Mometasone 50micrograms/dose nasal spray | AS DIRECTED | 1 spray(s) | 20-Mar-2015 |

**Allergies**  
No allergies recorded.

**Health Status**

| | | | | |
|---|---|---|---|---|
| 02-Jul-2013 | Never smoked tobacco | | | |
| 30-May-2012 | O/E Blood Pressure Reading | 120/80 | mm Hg | |
| 17-Feb-2012 | Body mass index | 23.3 | | 18.5 - 24.9 |
| 17-Feb-2012 | O/E - weight | 73 | Kg | |
| 05-May-2006 | O/E height | 177 | cm | 10 - 250 cm |
| 17-Jul-2003 | Notes summary on computer LH | | | |

**Planned Events**

| | |
|---|---|
| 24-May-1964 | First pneumococcal conjugated vaccination |
| 02-Jul-2014 | Asthma annual review |
| 02-Jul-2014 | Asthma follow-up |
| 03-Jul-2014 | Medication Review |
| 09-Jul-2018 | No BP recorded in past 5 years |
| 09-Jul-2018 | Asthma Review Overdue |
| 09-Jul-2018 | Medication review due 03-Jul-2014 |
| 09-Jul-2018 | Patient on QOF Registers |

**Last 3 Consultations**

08-Aug-2016     TOWN MEDICAL CENTRE WOOD, Dee (Mrs)  
           Document     Letter sent to patient ▫ Annual Asthma Review to patient 2016

09-Jul-2016     GP Surgery (TOWN MEDICAL CENTRE) HOFMANN, Olaf (Dr)  
           Problem     **Achilles tendinitis** *(First)* Laterality: Left  
           Examination   PP physio

**CERTIFIED MAIL**

7020 1810 0001 4643 1088

INMATE NAME/NUMBER: SUSHAYN HUSSAIN 24067-111
FEDERAL CORRECTIONAL COMPLEX - ALLENWOOD LOW
P.O. BOX 1000
WHITE DEER, PA 17887

LEGAL MAIL

RECEIVED
SCRANTON
SEP 22 2021
PER ___ DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & US COURTHOUSE
235 N WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148



U.S. POSTAGE PAID
FCM LG ENV
WHITE DEER, PA 17887
SEP 20, 21
AMOUNT
$0.00
R2305K138972-02