3:21cv1635

Sushovan Hussain H/C
H/C Deemed Filed

```
Court Name: District Court
Division: 3
Receipt Number: 33307817l
Cashier ID: eoswald
Transaction Date: 07/28/2021
Payer Name: CHASE

WRIT OF HABEAS CORPUS
For: SUSHOVAN HUSSAIN
Case/Party: D-PAM-3-21-CV-001635-001
Amount:         $5.00

Paper Check Conversion
Check/Money Order Num: 1702845567
Amt Tendered:   $5.00

Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

Only when bank clears the check or
verifies credit of funds is the fee
or debit officially paid or
discharged. A $53.00 fee will be
charged for returned checks.
```

PRESS FIRMLY TO SEAL    PRESS FIRM    ZIP 94111
041M11271267




COMMERCIAL BASE PRICING

USPS PRIORITY MAIL

KEKER VAN NEST & PETERS
KEKER & VAN NEST
633 BATTERY ST FL 3
SAN FRANCISCO CA 94111

SHIP TO:
CLERK OF THE COURT US DIST. COURT
MIDDLE DIST. COURT OF PENNSYLVANIA
P.O. BOX 1148
235 N. WASHINGTON AVE
SCRANTON PA 18501-1148

USPS TRACKING #

9205 5902 2363 7500 0002 88

ELECTRONIC RATE APPROVED #902236375
BOX 1 OF 1
Priority Mail is a registered trademark of the U.S. Postal Service



EP14F May 2020
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

SUSHOVAN HUSSAIN
Reg. No. 24067-111
FCI Allenwood Low
Federal Correctional Institution
P.O. Box 1000
White Deer, PA 17887

Clerk of the Court
United States District Court
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

RECEIVED
SCRANTON
SEP 28 2021
PER_____
DEPUTY CLERK

PS00001000014

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED