x

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

===============================

=================================

SUSHOVAN HUSSAIN,

    Petitioner,

-vs-                  Civil Action case No. 3:21-cv-01635-MEM-DB

RACHEL THOMPSON et. al.,

    Respondent(s)

=================================

FILED
SCRANTON
OCT 08 2021
PER _____
DEPUTY CLERK

DECLARATION OF SUSHOVAN HUSSAIN IN SUPPORT
OF PETITIONER FOR TEMPORARY RESTRAINING ORDER

SUSHOVAN HUSSAIN, hereby declares under penalty of perjury pursuant to 28 U.S.C.S. 1746:

1.    I, Sushovan Hussain am a Pro Se Petitioner, as such I am familiar with the facts of this action.

2.    I am currently incarcerated at Federal Correctional Institution Allenwood Low

3.    I declare that should the Court grant my request for a temporary restraining order ("TRO"), preliminary injunction, or any other relief that releases me from incarceration, I will immediately rent a property either in Pennsylvania or New York depending on the Court's determination, where I will serve my home confinement.

4.    I further declare that I will be able to appoint a new medical practitioner to ensure that my medical needs are attended to as required.

5.    I am able to provide any proof or confirmation as to my above declarations, should the Court require me to do so.

WHEREFORE, the Court should grant my request(s) in its entirety.

Dated: October 4, 2021
    White Deer, Pa. 17887-1000

Respectfully submitted
/s/ Sushovan Hussain
SUSHOVAN HUSSAIN
Pro Se Petitioner