UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**SUSHOVAN HUSSAIN,**  :
a/k/a Hasan Taraque   CIVIL ACTION NO. 3:21-1635
                 :
   **Petitioner**
                 :   (JUDGE MANNION)
   v.
                 :
**WARDEN RACHEL THOMPSON,**
                 :
   **Respondent**

## ORDER

In accordance with this court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Hussain's petition for a writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241 is **DISMISSED** without prejudice.

2. Hussain's motion for temporary restraining order (Doc. 5) is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** the above captioned case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated:  November 15, 2021
21-1635-01-Order