UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SUSHOVAN HUSSAIN,** <br> *a/k/a Hasan Taraque* <br> <br> Petitioner <br> <br> v. <br> <br> **WARDEN RACHEL THOMPSON,** <br> <br> Respondent | : <br> : CIVIL ACTION NO. 3:21-1635 <br> : <br> : <br> : (JUDGE MANNION) <br> : <br> : <br> : <br> : |

### ORDER

Upon consideration of this Court's November 15, 2021 Memorandum and Order, closing the above captioned action, **IT IS HEREBY ORDERED THAT** Petitioner's motion to expedite (Doc. 11) is **DISMISSED** as moot.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: November 22, 2021**
21-1635-01